Elbert Whitehead, Eldredge Whitehead and Pate White-
head, Plaintiffs in Error, v. The State of Florida,
Defendant in Error.

A Writ of Error to the Circuit Court for Liberty County.

Writ of Error dismissed on motion of the Attorney
General.

*W. E. B. Smith,* for Plaintiff in Error;

*Rivers Buford,* Attorney General for the State.

---

C. B. Rutherford, v. Schiro-Durst Company, Inc., Ap-
pellee.

An Appeal from the Circuit Court for Hardee County;
George W. Whitehurst, Judge.

Appeal dismissed on motion for Appellees.

*W. W. Whitehurst,* for Appellant;

*S. D. Williams,* for Appellees.

---

W. H. Turner, Appellant, v. A. T. Shelfer, Appellee.

An Appeal from the Circuit Court for St. Lucie County.

Appeal dismissed on motion of counsel for Appellee.

*Walter D. Payne,* for Appellant;

*Leitner* and *Leitner,* for Appellee.

30—Vol. 90.